

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00358-CV

## IN THE MATTER OF THE MARRIAGE OF
## AMBER NICOLE SANCHEZ AND DAVID SANCHEZ
## AND IN THE INTEREST OF CHILDREN,

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. D201105907

## MEMORANDUM OPINION

David Sanchez, a prison inmate, attempts to appeal a Final Decree of Divorce rendered by the trial court on May 29, 2012. Sanchez' notice of appeal as to this judgment was due, at the very latest, by November 29, 2012. *See* TEX. R. APP. P. 26.1(c). It was not filed until October 15, 2013.

This appeal is untimely, and we have no jurisdiction of an untimely appeal. This appeal is dismissed.[1]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by the Texas Supreme Court, a petition for review must be filed with the Texas Supreme Court clerk within 45

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208 (West Supp. 2012); § 51.941(a) (West 2005). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 17, 2013
[CV06]

---

days after either the date the court of appeals' judgment was rendered or the date the last ruling on all timely motions for rehearing was made by the court of appeals. TEX. R. APP. P. 53.7(a).